UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Omar Kwabena Walford,                                Case No. 20-CV-1637 (SRN/TNL)

                    Petitioner,

v.                                                                    **ORDER**

Warden Guy Bosch,

                    Respondent.

Omar Kwabena Walford, OID# 204538, MCF Stillwater, 970 Pickett St. N., Bayport, MN 55003, petitioner pro se.

Edwin William Stockmeyer, III and Matthew Frank, Office of the Minnesota Attorney General, Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, and Jeffrey Wald, Office of Ramsey County Attorney, 345 Wabasha Street North, Saint Paul, MN 55102 for Respondent.

This matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 2, 2021 [Doc. No. 16]. No objections have been filed in the time period permitted by the Local Rules.

Accordingly, based on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody [Doc. No. 1] is DENIED.

2. This action is DISMISSED WITH PREJUDICE.

3. Petitioner is NOT granted a Certificate of Appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 21, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court
